WILSON, Respondent, v. NEW YORK MILK PRODUCTS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department.

nuary 17, 1906.) Action by Lydell L. Wilson against the New York Milk Products Company. No opinion. Judgment affirmed, with costs.